# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WILLIAM B. BOWERS,**
        **Petitioner,**

    v.                                   Case No. 02-CV-001034

**JUDY P. SMITH, Warden,**
**Oshkosh Correctional Institution,**
        **Respondent.**

## DECISION AND ORDER

Petitioner William Bowers was convicted in Waukesha County Circuit Court of two counts of second degree sexual assault of a child, and he is currently being held in the Oshkosh Correctional Institution. He filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he believes that his conviction and sentence violate the Constitution and laws of the United States. This case was stayed from December 31, 2003 until June 18, 2012, at which point I lifted the stay and ordered respondent to file an amended answer to the petition. Respondent filed her new answer on July 17, 2012, and I gave petitioner 45 days from that date to file his brief in support of his petition. Before me now is petitioner's renewed motion for the appointment of counsel and a motion for an extension of time to file his brief in support of the petition.

I will deny the renewed motion for the appointment of counsel for the same reasons stated in my order dated June 18, 2012. Petitioner's filings in this case so far indicate that he is competent to litigate this case himself. I will, however, grant petitioner's request for additional time to file his brief in support of the petition.

**THEREFORE, IT IS ORDERED** that petitioner's renewed motion for the appointment of counsel [DOCKET #27] is **DENIED**.

**IT IS FURTHER ORDERED** that (1) petitioner shall have until **October 30, 2012** to file his brief in support of his petition; (2) respondent shall have **forty-five (45) days** following the filing of petitioner's initial brief within which to file a brief in opposition; and (3) petitioner shall have **thirty (30) days** following the filing of respondent's opposition brief within which to file a reply brief, if any.

Pursuant to Civil L.R. 7(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition or a dispositive motion filed by respondent must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Dated at Milwaukee, Wisconsin, this 15th day of August 2012.

s/ Lynn Adelman
LYNN ADELMAN
District Judge