# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WILLIAM B. BOWERS,**
    **Petitioner,**

  v.              Case No. 02-CV-01034

**JUDY P. SMITH, Warden,**
**Oshkosh Correctional Institution,**
    **Respondent.**

## DECISION AND ORDER

  Petitioner William Bowers is currently being held in the Oshkosh Correctional Institution pursuant to a state court conviction. He filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he believes his detention violates the Constitution and laws of the United States. The deadline for petitioner to file his brief in support of his petition was December 29, 2012, but petitioner missed this deadline. He now requests an extension of time to file his brief until May 2, 2013 because he has been in solitary confinement and has had limited access to his legal materials. In light of the difficulties petitioner has encountered, I will give him the extension he requests.

  I will also deny his renewed motion for the appointment of counsel for the same reasons stated in my order dated June 18, 2012. Petitioner says he was receiving assistance from another inmate when he moved to reopen this case and that inmate is no longer available. However, his recent motions indicate that he is competent to litigate this case on his own.

**THEREFORE, IT IS ORDERED** that petitioner has until **May 2, 2013** to file his brief in support of the petition.

**IT IS FURTHER ORDERED** that petitioner's motion for reconsideration of the denial of his motions to appoint counsel (Docket #37) is **DENIED**.

Pursuant to Civil L.R. 7(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition or a dispositive motion filed by respondent must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Dated at Milwaukee, Wisconsin, this 1st day of April 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge